USCA1 Opinion

 

 December 8, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 92-1831 PABLO CARPIO-REYES, Petitioner, v. UNITED STATES, Respondent. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Torruella and Cyr, Circuit Judges. ______________ ___________________ Pablo Carpio-Reyes on brief pro se. __________________ Daniel F. Lopez-Romo, United States Attorney, Edwin O. ______________________ ________ Vazquez, Assistant United States Attorney, and Jose A. Quiles- _______ ________________ Espinosa on Motion for Summary Disposition and Memorandum of Law ________ in Support. __________________ __________________ Per Curiam. In view of the Supreme Court's recent __________ decision in United States v. Wilson, 112 S.Ct. 1351 (1992), which _______________________ concluded that it is the Attorney General -- and not the court -- who decides whether time spent in detention will be credited towards a sentence, the district court properly denied appellant's motion for credit for time spent on bond. Affirmed. ________